NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3040

ANTHONY MAURICE WASHINGTON,

Petitioner,

v.

DEPARTMENT OF THE TREASURY,

Respondent.

Petition for review of the Merit Systems Protection Board in AT3443090710-I-1.

ON MOTION

## O R D E R

Anthony Maurice Washington moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 0 7 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Anthony Maurice Washington
      Michael D. Austin, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 07 2010

JAN HORBALY
CLERK